IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JIMMIE D. O'NEILL                                                                                    PLAINTIFF

VERSUS                                                  CIVIL ACTION NO. 1:12-cv-157-HSO-RHW

COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION                                                  DEFENDANT

## FINAL JUDGMENT

This matter came on to be heard on the Proposed Findings of Fact and Recommendation [9] of United States Magistrate Judge Robert H. Walker entered in this action on July 16, 2013.  The Court, having adopted said Proposed Findings of Fact and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed.  Accordingly,

**IT IS, ORDERED AND ADJUDGED,** that the administrative decision of the Commissioner of Social Security is **AFFIRMED**, and this Civil Action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 9th day of August, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE